| | |
|---|---|
| **To:** | The Honorable Max O. Cogburn, Jr. |
| | U.S. District Court Judge |
| **From:** | Will Sinclair |
| | U.S. Probation Officer |
| **Subject:** | Ronald Anthony Moore |
| | Case Number: 0419 3:01CR00031- 002 |
| | **REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 12/22/2015 |



NORTH CAROLINA WESTERN
MEMORANDUM

---

On September 24, 2015, Your Honor revoked the abovementioned defendant and sentenced him to an active term of eight (8) months, to be followed by a six month period of supervised release. This U.S. Probation Officer is respectfully requesting that Your Honor permit our office to destroy the following items that were seized from the defendant in relation to his violation. The items are as follows:

1) One 7.5 gram baggie of white powder (not cocaine).
2) Once 1.5 gram baggie of cocaine
3) One set of Digitz Scales

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7672, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

_____
Max O. Cogburn, Jr.
United States District Judge

Dated: 12-23-15

**FILED**
CHARLOTTE, NC

DEC 30 2015

US District Court
Western District of NC